No. 81–267.  SOLMITZ, BY SOLMITZ, GUARDIAN AD LITEM *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–324.  FAGAN ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–339.  VOLKSWAGENWERK, A.G., ET AL. *v.* SEESE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–343.  CIVELLA ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 81–370.  LANGDON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–391.  LAGORGA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–394.  DIGILIO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–5003.  BROUGHTON *v.* BROUGHTON.  Sup. Ct. N. C.  Certiorari denied.

No. 81–5004.  FORD *v.* ALDISERT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–5005.  DURHAM ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–5006.  ALONSO *v.* UNITED STATES; and
No. 81–5201.  VIERA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 81–5007.  JOHNSON *v.* DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 81–5008.  BERNHART *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.